# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

+1 212 225 2609
vhou@cgsh.com

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
  RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
  RESIDENT COUNSEL

LOUISE M. PARENT
  OF COUNSEL

May 15, 2020

FILED BY ECF

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Confesor, 20-CR-00059-VSB**

Dear Judge Broderick:

> APPLICATION DENIED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 5/28/2020
>
> However, Defendant's bail is modified to reduce the number of days' notice Defendant must provide to leave his home to apply for work to two days for Pretrial to review and approve Defendant's request. It will remain up to the discretion of Defendant's supervising Pretrial Services officer whether Defendant is allowed to leave his home to run errands.

      I am appointed counsel under the Criminal Justice Act for Mr. Minaya-Rodriguez in the case referenced above and respectfully submit this letter on his behalf to request a modification of his home detention bail condition such that he may be permitted to leave his home based on a curfew determined by the Pretrial Services Agency.  On February 20, 2020, the order entered by Magistrate Judge Moses setting the conditions of bail provided for the following:

- a personal recognizance bond in the amount of $100,000;
- the bond to be co-signed by three financially responsible persons (which was modified to two co-signers on March 17, 2020) acceptable to the United States Attorney's Office for the Southern District of New York ("USAO");
- surrender of passport and any travel documents which defendant now holds;
- travel restrictions to the Southern and Eastern Districts of New York, the District of Maryland and points in between solely for purposes of transit;
- pretrial supervision in the District of Maryland as directed by Pretrial Services Agency;
- no contact with any of Mr. Minaya-Rodriguez's co-defendants, direct or indirect, except in the presence of counsel; and

- home detention enforced by GPS monitoring with the further condition that defendant seek and maintain verifiable and lawful employment at a stationary workplace.

After meeting these requirements, Mr. Minaya-Rodriguez was released on March 24 and has been confined to the residence that he shares with his girlfriend, Belkis Castillo. Mr. Minaya-Rodriguez has complied with his bail conditions. Since the date of his release, Minaya-Rodriguez has been actively seeking employment. He has applied to restaurants and businesses near his residence, including at Chipotle, supermarkets, and a bakery he worked at previously. Due to the current COVID-19 crisis, Mr. Minaya-Rodriguez has not been successful in applying for such jobs online. He has informed counsel that he needs to leave his home to apply for employment at restaurants and other businesses in person.

Mr. Minaya-Rodriguez's girlfriend, Ms. Castillo, works part-time and is also in the process of applying for additional employment. The requested modification of bail allowing him to leave his residence would increase his likelihood of obtaining employment and also allow him to further assist Ms. Castillo with the maintenance and upkeep of the residence by being able to run errands and complete other tasks outside of the residence when Ms. Castillo is at work.

We have contacted Supervising Officer Jonathan Lettieri regarding this motion for modification of bail and I am informed that Pretrial Services's position is that the circumstances do not warrant a modification of the conditions of release, as Mr. Minaya-Rodriguez is allowed to leave his home to apply for work as long as he provides his supervising officer three days to review and approve his leave request and that it is up to the discretion of his supervising officer whether he is allowed to leave his home to run errands. We have also conferred with AUSA Juliana Murray and she has informed me that the government will defer to Pretrial Services and, therefore, will also oppose this modification request.

Mr. Minaya-Rodriguez has told us that while he appreciates the consideration that he has been given to date by his supervising officer, his requests to run errands, including to dispose of the garbage just outside the residence, have at times be denied. He believes that the flexibility of going out of the house without three days' notice to find a job especially in this difficult COVID-19 environment will greatly enhance his ability to find a job and do his part in supporting the household. We would be amenable to a curfew as deemed reasonable by Pretrial Services Agency. Thank you for the Court's attention and consideration of this request.

Respectfully submitted

/s/ Victor L. Hou

Victor L. Hou

cc: Juliana Murray, Esq., AUSA
    Jonathan Lettieri, Supervising Officer, PTS