# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

+1 212 225 2609
vhou@cgsh.com

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
    RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

August 21, 2020

FILED BY ECF

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Confesor, 20-CR-00059-VSB**

Dear Judge Broderick:

> Defendant's request in granted in part. Defendant will be permitted to leave his home for one hour every other day to exercise. Defendant shall inform pretrial services in advance of leaving his home to exercise
>
> **SO ORDERED:**
>
> _/s/ Vernon Broderick_
> HON. VERNON S. BRODERICK  8/24/2020
> UNITED STATES DISTRICT JUDGE

  I am appointed counsel under the Criminal Justice Act for Mr. Minaya-Rodriguez in the case referenced above and respectfully submit this letter on his behalf to request a modification of his home detention bail condition such that he may be permitted to leave his home for an hour each day in order to exercise outdoors and get fresh air, while abiding by all social distancing restrictions. On February 20, 2020, the order entered by Magistrate Judge Moses setting the conditions of bail provided for the following:

- a personal recognizance bond in the amount of $100,000;
- the bond to be co-signed by three financially responsible persons (which was modified to two co-signers on March 17, 2020) acceptable to the United States Attorney's Office for the Southern District of New York ("USAO");
- surrender of passport and any travel documents which defendant now holds;
- travel restrictions to the Southern and Eastern Districts of New York, the District of Maryland and points in between solely for purposes of transit;
- pretrial supervision in the District of Maryland as directed by Pretrial Services Agency;

- no contact with any of Mr. Minaya-Rodriguez's co-defendants, direct or indirect, except in the presence of counsel; and
- home detention enforced by GPS monitoring with the further condition that defendant seek and maintain verifiable and lawful employment at a stationary workplace.

After meeting these requirements, Mr. Minaya-Rodriguez was released on March 24 and has been confined to the residence that he shares with his girlfriend, Belkis Castillo. Mr. Minaya-Rodriguez has complied with his bail conditions. Mr. Minaya-Rodriguez has been unable to find suitable employment, to date, and as a result, he has been confined 24 hours a day inside of a small apartment for the past five months. This physical isolation has negatively impacted his mental health and he is increasingly anxious and feeling depressed. The President of the American Public Health Association, Dr. Lisa Carlson, has indicated that especially in these times of "widespread isolation," during the COVID-19 crisis, "getting outside to breathe fresh air, see the sun rise, feel the breeze" can be "centering experiences that are vital to our mental wellness."[1] Public health officials, including those in New York's Office of Mental Health, have acknowledged that the outbreak of COVID-19 has "led to the spread of fear and panic for individuals," and that individuals should be "taking care of their psychological well-being," by, among other things, practicing "good self-care, including exercise," and "if possible, spend[ing] time outside."[2]

We have conferred with AUSA Juliana Murray and she has consented to this requested bail modification. We have also contacted Supervising Officer Jonathan Lettieri regarding this request and I am informed that Pretrial Services opposes this request and that allowing Mr. Minaya-Rodriguez outside for "fresh air" contradicts the intended purpose of the home detention condition which requires him to remain in the home except for certain activities approved in advance. Pretrial Services's position is that it would be impossible to verify via documentation whether Mr. Minaya Rodriguez were going out for "fresh air" or for some other purpose.

Mr. Minaya-Rodriguez has told us that the isolation of the past five months has taken a toll on his mental and emotional wellbeing. He believes that having the ability to go outside of

---

[1] American Public Health Association (APHA), *Nature Can Boost Your Mental Health During COVID-19 Pandemic*, APHA News Releases (April 20, 2020), https://www.apha.org/news-and-media/news-releases/apha-news-releases/2020/nature-can-boost-mental-health.

[2] New York State Office of Mental Health, *Feeling Stressed About Coronavirus (COVID-19)? Managing Anxiety in an Anxiety-Provoking Situation* (March 16, 2020), https://omh.ny.gov/omhweb/guidance/covid-19-managing-stress-anxiety.pdf

the house for an hour each day will greatly contribute to improving his physical and mental health and will abide by social distancing requirements.

Thank you for the Court's attention and consideration of this request.

Respectfully submitted

/s/ Victor L. Hou

Victor L. Hou

cc: Juliana Murray, Esq., AUSA
    Jonathan Lettieri, Supervising Officer, PTS