# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

+1 212 225 2609
vhou@cgsh.com

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
 RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
 RESIDENT COUNSEL

LOUISE M. PARENT
 OF COUNSEL

November 10, 2020

FILED BY ECF

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 11/13/2020

**Re: United States v. Confesor, 20-CR-00059-VSB**

Dear Judge Broderick:

      I am appointed counsel under the Criminal Justice Act for Mr. Minaya-Rodriguez in the case referenced above and respectfully submit this letter on his behalf to request that his passport be returned to him, temporarily, while Mr. Minaya-Rodriguez applies to renew his conditional residency permit, and that he will promptly surrender his passport to Pretrial Services once that process is complete. Mr. Minaya-Rodriguez's conditional residency permit expired in August 2020 and he has informed the undersigned counsel that he requires physical possession of his passport in order to renew his conditional lawful permanent resident status. Mr. Minaya-Rodriguez has proactively engaged in an effort to secure employment while awaiting trial, but has struggled to do so, recently in large part due to the expiration of his work and residency permit. I understand from Mr. Minaya-Rodriguez that he has been interviewing for a position as recently as last week and hopes that with the extension of his residency, he will be able to secure gainful employment.

      We have conferred with AUSA Juliana Murray and she has consented to this request that Mr. Minaya-Rodriguez be provided access to his passport solely for the purpose of renewing his residency status and that upon completion of that task, he will surrender the passport to Pretrial Services. We have also contacted Supervising Officer Jonathan Lettieri regarding this request and I am informed that Pretrial Services requires a court order before returning Mr. Minaya-Rodriguez's passport temporarily.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Thank you for the Court's attention and consideration of this request.

                                              Respectfully submitted

                                              /s/ Victor L. Hou

                                              Victor L. Hou

cc: Juliana Murray, Esq., AUSA
    Jonathan Lettieri, Supervising Officer, PTS