**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

+1 212 225 2609
vhou@cgsh.com

STEVEN M. LOEB, CRAIG B. BROD, NICOLAS GRABAR, DAVID E. BRODSKY, RICHARD J. COOPER, JEFFREY S. LEWIS, PAUL J. SHIM, STEVEN L. WILNER, ANDRES DE LA CRUZ, DAVID C. LOPEZ, MICHAEL A. GERSTENZANG, LEV L. DASSIN, JORGE U. JUANTORENA, MICHAEL D. WEINBERGER, DAVID LEINWAND, DIANA L. WOLLMAN, JEFFREY A. ROSENTHAL, MICHAEL D. DAYAN, CARMINE D. BOCCUZZI, JR., JEFFREY D. KARPF, KIMBERLY BROWN BLACKLOW, FRANCISCO L. CESTERO, FRANCESCA L. ODELL, WILLIAM L. MCRAE, JASON FACTOR, JOON H. KIM, MARGARET S. PEPONIS, LISA M. SCHWEITZER, JUAN G. GIRÁLDEZ, DUANE MCLAUGHLIN, CHANTAL E. KORDULA, BENET J. O'REILLY, ADAM E. FLEISHER, SEAN A. O'NEAL, GLENN P. MCGRORY, MATTHEW P. SALERNO, MICHAEL J. ALBANO, VICTOR L. HOU, ROGER A. COOPER, LILLIAN TSU, AMY R. SHAPIRO, JENNIFER KENNEDY PARK, ELIZABETH LENAS, LUKE A. BAREFOOT, JONATHAN S. KOLODNER, DANIEL ILAN, MEYER H. FEDIDA, ADRIAN R. LEIPSIC, ELIZABETH VICENS, ADAM J. BRENNEMAN, ARI D. MACKINNON, JAMES E. LANGSTON, JARED GERBER, COLIN D. LLOYD, COREY M. GOODMAN, RISHI ZUTSHI, JANE VANLARE, DAVID H. HERRINGTON, KIMBERLY R. SPOERRI, AARON J. MEYERS, DANIEL C. REYNOLDS, AUDRY X. CASUSOL, JOHN A. KUPIEC, ABENA A. MAINOO, HUGH C. CONROY, JR., JOSEPH LANZKRON, MAURICE R. GINDI, KATHERINE R. REAVES, RAHUL MUKHI, ELANA S. BRONSON, MANUEL SILVA, KYLE A. HARRIS, LINA BENSMAN, ARON M. ZUCKERMAN, KENNETH S. BLAZEJEWSKI, MARK E. MCDONALD, F. JAMAL FULTON
RESIDENT PARTNERS

SANDRA M. ROCKS, JUDITH KASSEL, PENELOPE L. CHRISTOPHOROU, BOAZ S. MORAG, MARY E. ALCOCK, HEIDE H. ILGENFRITZ, ANDREW WEAVER, HELENA K. GRANNIS, JOHN V. HARRISON, LAURA BAGARELLA, JONATHAN D.W. GIFFORD, SUSANNA E. PARKER, DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

November 2, 2021

FILED BY ECF

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 11/4/2021

Sentencing in this matter is hereby adjourned to January 18, 2022 at 10:00 a.m.

**Re: United States v. Confesor, 20-CR-00059-VSB**

Dear Judge Broderick:

      I respectfully submit this letter on behalf of my client Mr. Minaya-Rodriguez in the case referenced above to request an adjournment of sentencing, currently scheduled to occur on November 18, 2021, until approximately January 18, 2022 or such other date in January as is convenient for the Court, excluding January 19-21 or 26-27, when I will be traveling for work. Should the Court consent to this scheduling modification, we would also request that the deadline for providing sentencing submissions to the Court be correspondingly updated to two weeks prior to the date of sentencing.

      Mr. Minaya-Rodriguez has just started a new job and hopes to be able to use his earnings to support his family and contribute to household expenses. Additionally, due to upcoming deadlines in other matters and other scheduling complications, our office feels it will not be able to prepare adequately for Mr. Minaya-Rodriguez's sentencing by November 18.

      I have conferred with AUSA Juliana Murray and AUSA Elizabeth Espinosa who have consented to this request for an adjournment of sentencing for Mr. Minaya-Rodriguez.

Thank you for the Court's attention and consideration of this request.

Respectfully submitted,

/s/ Victor L. Hou

cc: Juliana Murray, Esq., AUSA
    Elizabeth Espinosa, Esq., AUSA
    Jonathan Lettieri, Supervising Officer, PTS